Potter *v.* Owen and Another.

---

POTTER *v.* OWEN and Another.

No error properly before this Court.

APPEAL from the *Knox* Circuit Court.

*Per Curiam.*—The appellees, as assignees of a promissory

note, sued *Potter,* who was the defendant, and judgment by default was entered against him; but no motion appears to have been made in the lower Court to set aside the default. Nor does it appear that any exception, in any form, was taken in the progress of the cause. The appeal is, therefore, not properly before us.

The appeal is dismissed, with costs.

*J. C. Dunn,* for the appellant.